■ In the Matter of JULIE K., an Infant. SHERIE L.D., Appellant; LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [967 NYS2d 863]—Appeal from an order of the Family Court, Livingston County (Robert B. Wiggins, J.), entered December 5, 2011 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for modification of a prior order of disposition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.

■ ARIA CONTRACTING CORPORATION et al., Respondents, v HISCOCK & BARCLAY, LLP, et al., Appellants. [965 NYS2d 907]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered August 21, 2012. The order, among other things, granted the motion of plaintiffs for summary judgment.

Now, upon the stipulation discontinuing action signed by the attorneys for the parties on February 25, 2013, and filed in the Erie County Clerk's Office on March 22, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.

■ CHASTITY N. PRESNELL, Respondent, v NEW YORK CENTRAL MUTUAL INSURANCE COMPANY, Appellant. [967 NYS2d 862]—Appeal from an order of the Supreme Court, Niagara County (Matthew J. Murphy, III, A.J.), entered April 4, 2012. The order denied the motion of defendant to dismiss plaintiff's breach of contract claim.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.